UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HEATHER LAWRENCE, <br> KATHY CAMPAU and <br> LAURA PETTIS-CLARK, individually <br> and on behalf of all other persons <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BENESYS, INC., <br><br> Defendant. | Case No. 2:22-cv-11517-GAD-EAS <br><br> Hon. Judge Gershwin A. Drain <br><br> Magistrate Judge Elizabeth A. Stafford |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT, FOR APPOINTMENT OF SETTLMENT ADMINISTRATOR, FOR APPROVAL OF SERVICE AWARDS, AND FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

Named Plaintiffs Heather Lawrence, Kathy Campau, and Laura Pettis-Clark ("Named Plaintiffs"), through their undersigned counsel, respectfully request that the Court enter an Order, in the form attached hereto as Exhibit A, approving the Parties' Joint Stipulation of Settlement and Release Agreement ("Settlement") as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

As demonstrated in the accompanying Supporting Memorandum of Law, the Parties' settlement constitutes the resolution of a *bona fide* dispute between the

Parties and is the result of arm's-length negotiations, conducted by experienced counsel for all Parties, and with the assistance of an experienced wage-and-hour mediator. The Settlement resolves the claims of Participating Class Members who choose to sign and cash a settlement check, and the terms of the Settlement are fair and reasonable to all Parties.

As a result, Plaintiffs respectfully request that the Court approve the Settlement and permit the Parties to effectuate its terms using the forms and procedures set forth in their Agreement. Plaintiffs also ask, consistent with the Agreement, that the Court appoint Analytics Consulting LLC as the third-party Administrator and approve the following payments: (i) Services Awards to the three Named Plaintiffs in the amount of $4,000 each; (ii) Attorneys' Fees equal to one-third of the Gross Settlement Amount; and (iii) Plaintiffs' Litigation Expenses in an amount not to exceed $ 7,500.

For these reasons and those stated in the accompanying Memorandum, the Court should approve the Parties' Settlement Agreement. Plaintiffs incorporate and adopt their Brief in support of this Motion.

Dated: November 18, 2022         /s/ Maureen A. Salas
                                 *One of Plaintiffs' Attorneys*

Douglas M. Werman
(State of Illinois Bar #6204740)
dwerman@flsalaw.com
Maureen A. Salas
(State of Illinois Bar #6289000)
msalas@flsalaw.com
WERMAN SALAS P.C.
77 W. Washington St., Ste 1402
Chicago, IL 60602
T: (312) 419-1008

*Attorneys for Plaintiffs and others similarly situated*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, FOR APPROVAL OF SERVICE AWARDS, AND FOR APPROVAL OF ATTORNEYS' FEES AND COSTS** and **PLAINTIFFS' BRIEF IN SUPPORT OF MOTION** were served via electronic mail on November 18, 2022 on:

Ashley L. Orler
Constangy, Brooks, Smith & Prophete, LLP
aorler@constangy.com

*/s/ Maureen A. Salas*
One of Plaintiffs' Attorneys

Maureen A. Salas
(State of Illinois Bar #6289000)
msalas@flsalaw.com
WERMAN SALAS P.C.
77 W. Washington St., Ste 1402
Chicago, IL 60602
Phone: (312) 419-1008