UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HEATHER LAWRENCE, <br> KATHY CAMPAU and <br> LAURA PETTIS-CLARK, individually <br> and on behalf of all other persons <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BENESYS, INC., <br><br> Defendant. | Case No. 2:22-cv-11517-GAD-EAS <br><br> Hon. Judge Gershwin A. Drain <br><br> Magistrate Judge Elizabeth A. Stafford |

## ORDER APPROVING SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS

The above-entitled matter came before the Court on Plaintiffs' Unopposed Motion for Approval of Settlement, Service Award, and Attorneys' Fees and Costs (the "Motion for Settlement Approval"). After reviewing the Motion for Settlement Approval, the Court orders as follows:

1. The Court finds that the settlement in this Fair Labor Standards Act Action is a fair and reasonable resolution of a bona fide dispute, and therefore meets the requirements for approval.

2. The settlement is approved, and the terms of the parties' Joint Stipulation of Settlement and Release Agreement (the "Agreement") are

incorporated by reference into this Order.

3. Plaintiffs' proposed Notice of Settlement and procedure for their distribution of the settlement proceeds is approved. The language to be included on the Settlement Checks and in the Notice of Settlement is approved, and Eligible Settlement Class Members who execute or cash their settlement check will be bound by the release.

4. Analytics Consulting LLC is appointed as the Settlement Administrator in this case and to perform the duties identified in the Agreement.

5. The Service Awards to the Named Plaintiffs in the amount of $4,000 each are approved.

6. Plaintiffs' Counsel's request for attorneys' fees in the amount of $133,333.33 is granted.

7. Plaintiffs' Counsel's request for costs is granted.

8. This case is dismissed without prejudice, with leave to reinstate on or before sixty (60) days after the Effective Date, for the sole purpose of enforcing this Agreement. In the event a motion to reinstate is not filed on or before sixty (60) days after the Effective Date, the case shall be deemed to be dismissed with prejudice, without further order or action of the Court.

9. This Court will retain jurisdiction over this Action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Agreement, including the distribution of the settlement funds.

It is so ORDERED this 29th day of November, 2022

s/Gershwin A. Drain